# Court of Appeals, State of Michigan

## ORDER

People of MI v Terreik Jaylel Latham

Docket No.    338891

LC No.    16-009739-01-FC

Michael J. Riordan
Presiding Judge

David H. Sawyer

Kathleen Jansen
Judges

The Court orders that the February 6, 2020 opinion is hereby VACATED, and a new opinion is attached.

_Michael J. Riordan_
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 2 0 2020
Date

_Jerome W. Zimmer Jr._
Chief Clerk